Benjamin Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, NV 89106
(702) 631-6111
bdurham@vegasdefense.com

Attorney for DOMINGO NIX RAMOS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINGO NIX RAMOS,<br><br>        Defendant. | Case No. 2:25-mj-81-DJA<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between BENJAMIN DURHAM, counsel for DOMINGO NIX RAMOS, and SIGAL CHATTAH, United States Attorney, and SKYLER PEARSON, Assistant United States Attorney, counsel for the United States of America, that the trial scheduled for October 1, 2025, be vacated and continued until November 5, 2025.

The Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction on October 1, 2025. Additionally, counsel needs additional time to review the relevant evidence and discuss possible a plea negotiation with the Defendant.

2. The defendant is not in custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but

merely to allow counsel for the defendant sufficient time to complete necessary investigation and review of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

This is the first stipulation to continue filed herein.

DATED: September 22, 2025

By: */s/ Benjamin Durham*  
BENJAMIN DURHAM  
Counsel for DOMINGO NIX RAMOS

By: */s/ Skyler Pearson*  
SKYLER PEARSON  
Counsel for United States

/ / /

/ / /

/ / /

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOMINGO NIX RAMOS,<br><br>　　　　　Defendant. | Case No. 2:25-mj-81-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel will be out of the jurisdiction on October 1, 2025. Additionally, counsel needs additional time to review the relevant evidence and discuss possible a plea negotiation with the Defendant.

1. The defendant is not in custody and does not oppose the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary investigation and review of the discovery materials provided.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to prepare for trial effectively and thoroughly, considering the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), and Title 18, United States Code § 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the trial scheduled for October 1, 2025, at 9:30 a.m., be vacated and continued to November 5, 2025 at 9:30 a.m.

DATED: 9/24/2025

_____
UNITES STATES MAGISTRATE JUDGE